**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-50413 consolidated with No. 00-51142

_____


UNITED STATES OF AMERICA

Plaintiff-Appellee

VERSUS

ERNEST CORTINAS, also known as Neto

Defendant-Appellant

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

VERSUS

JIM NEWTON BARR

Defendant-Appellant


Appeal from the United States District Court
For the Western District of Texas

(W-99-CV-170)


December 20, 2002

Before DAVIS, BENAVIDES, DENNIS, Circuit Judges

PER CURIAM:[*]

This appeal is controlled by our decision in <u>United States v.</u> <u>Brown</u>, 305 F.3d 304 (5th Cir. 2002). The district court's denial of Cortinas's 28 U.S.C. § 2255 application is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.